1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  RICHARD EWENSTEIN (CABN 294649)
   ANDREW M. SCOBLE (CABN 124940)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6842
        FAX: (415) 436-7234
8       EMAIL:  richard.ewenstein@usdoj.gov
        EMAIL:  andrew.scoble@usdoj.gov
9
   Attorneys for United States of America
10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,           )   CASE NO. 19-cr-0313 WHA
15                                     )
         Plaintiff,                    )
16                                     )   REVISED JOINT PROPOSED HARDSHIP AND
      v.                               )   AVAILABILITY QUESTIONNAIRE FOR
17                                     )   POTENTIAL JURY SERVICE
   ROBERT MANNING and JAMARE COATS,    )
18                                     )
         Defendants.                   )
19                                     )
                                       )
20

21      After consideration of the Court's comments at the June 14, 2022 status hearing, the parties,

22 through their respective counsel, jointly submit the attached revised proposed hardship and availability

23 questionnaire for prospective jurors.

24 //

25 //

26 //

27

28

| | |
|---|---|
| 1  DATED: June 15, 2022 | Respectfully submitted, |
| | STEPHANIE M. HINDS<br>United States Attorney |
| | _____/s/_____<br>RICHARD EWENSTEIN<br>ANDREW M. SCOBLE<br>Assistant United States Attorneys |