UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
JUDGE WILLIAM ALSUP

## HARDSHIP AND AVAILABILITY QUESTIONNAIRE

## FOR POTENTIAL FEDERAL JURY SERVICE

_____
Juror Name

**Preliminary Instructions**

Your name has been selected as a potential juror in a criminal case to be tried in the Northern District of California. The purpose of this form is to determine whether you may have a hardship that would prevent you from serving as a juror in this case. Keep in mind that jury service may pose some inconvenience to many jurors and that excusal requires an extreme or undue hardship.

Trial in this case will begin with in-person jury selection on **July 25, 2022** and continue through **August 19, 2022**. Trial will take place at the federal courthouse located at 450 Golden Gate Avenue, San Francisco, CA and will occur **Monday through Friday** from **7:45 a.m. to 1:00 p.m.** If you are selected as a juror, you must be present in court during these hours on each day of trial.

The Court thanks you for taking the time to complete and return this preliminary questionnaire, which is an important part of the process of selecting a jury. You are sworn to give complete and truthful answers – under penalty of perjury – to the questions which follow.

_____
Honorable William Alsup
United States District Judge

Please answer each question below and use the attached blank page to provide any explanation(s) that you believe would assist the Court in understanding your claimed hardship(s).

1. Would being selected as a juror in this case cause you to be unable to pay bills, such as mortgage, rent, utilities, or groceries (for example, because an employer would not pay you while you were serving as a juror)?

   ❏ Yes ❏ No

2. Would being selected as a juror cause you to be unable to care for a child or any other person for whom you usually provide care?

   ❏ Yes ❏ No

   If "Yes," is there any other person who could provide care during the time you served as a juror?

   ❏ Yes ❏ No

3. Do you have any medical or physical condition that you believe would affect your ability to serve as a juror in this case?

   ❏ Yes ❏ No

4. Do you have any difficulty speaking, reading, or understanding English?

   ❏ Yes ❏ No

5. Are you currently enrolled as a student in school such that your service as a juror in this case would cause you to miss any classes?

   ❏ Yes ❏ No

6. Do you currently have non-refundable travel plans that you would have to cancel if you were selected as a juror in this case?

   ❏ Yes ❏ No

7. Do you have any circumstances other than those discussed above that would present an undue hardship to your ability to serve as a juror in this case?

   ❏ Yes ❏ No

Below, please provide any additional explanation that would assist the Court in understanding your claimed hardship(s):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**DECLARATION**

I attest and affirm, under the penalty of perjury, that the answers set forth above are true and correct to the best of my knowledge.

Signature_____          Print name_____

Date_____